■ HAROLD LA MOUNTAIN, Respondent, v. MARION CARLSON, Appellant.— Motion for reargument denied, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See *ante*, p. 798.]

## (September 19, 1956)

■ THEODORE DE BONIS, Appellant, v. SAUL M. CHUCKROW, Respondent.— Application for an order directing the restoration of the within appeal to the calendar of the current term of this court, and further directing the argument of the appeal without a brief on the part of the respondent. The appeal is restored to the calendar of the court and must be argued or submitted when reached. The respondent may have one week thereafter within which to file his brief if he is so advised. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ FLY FISHERS CLUB OF BROOKLYN, INC., Respondent, v. BURR C. HARDENBURGH, Appellant.— Motion to dismiss appeal granted, by consent, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ NOELLE N. GILLMOR, Plaintiff, v. DANIEL S. GILLMOR, Defendant.— Application for a stay denied, without costs. The temporary stay contained in the order to show cause is vacated. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ PATRICK T. GLAVIN et al., as Executors of EDMUND F. GLAVIN, Deceased, Petitioners, v. RUSSELL M. WAGNER et al., Tenant.— Application for a determination as to whether tenant's appeal has been properly taken to the County Court of Albany County or should have been taken to the Appellate Division of the Supreme Court, Third Department, and in the event of the latter, for an amendment of the notice of the appeal served and filed by the tenant-appellant. Application denied, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of THEODORE R. WHITFIELD, Appellant, against GEORGE C. FULLER CONTRACTING COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of KONSTANTIN WORONIUK, Appellant, against CLERKINS TRANSFER COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ HAROLD J. VAN AMBURGH, Respondent, v. JOHN J. GLAVIN, Appellant. RUTH VAN AMBURGH, Respondent, v. JOHN J. GLAVIN, Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs. Coon, Halpern, Zeller and Gibson, JJ., concur. [See 1 A D 2d 913.]

## (September 25, 1956)

■ In the Matter of the Claim of IRVING GOLDFARB, Appellant, against MAIDENFORM BRASSIERE COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Coon, Zeller and Gibson, JJ., concur.